IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK COLLINS, INC. | : | CIVIL ACTION |
| v. | : | No. 12-3148 |
| JOHN DOES 1-30 | : | |

FILED
MAR 21 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 21st day of March, 2013, it is ORDERED John Doe 19's Omnibus Motion to Sever and Dismiss and Motion to Quash Plaintiff's Subpoena (Document 6) and John Doe 22's Motion to Sever Defendants for Improper Joinder and/or to Quash Subpoena and/or Issue a Protective Order (Document 7) are DISMISSED as moot as Plaintiff Patrick Collins, Inc. has voluntarily dismissed its claims against those Defendants.

It is further ORDERED John Doe 6's Motion to Quash Third Party Subpoena or Issue a Protective Order and/or Sever Claims Against John Doe 6 or in the Alternative Motion to Dismiss Complaint as to John Doe 6 (Document 9) and John Doe 13's Motion to Quash Plaintiff's Subpoena and/or Issue a Protective Order and to Sever and Dismiss Claims (Document 10) are GRANTED as follows:

- All Defendants except John Doe 1 are SEVERED from this action and DISMISSED without prejudice;

- All subpoenas seeking discovery regarding Defendants other than John Doe 1 are QUASHED without prejudice to Patrick Collins's right to renew such subpoenas in the event it elects to file individual actions against the severed Defendants;

- Patrick Collins shall serve a copy of this Order on each Defendant for whom it has obtained contact information and the internet service providers on which third-party subpoenas have been served on or before April 4, 2013. Also by April 4, 2013,

counsel for Patrick Collins shall file a declaration attesting it has complied with this provision; and

- Patrick Collins may pursue its claims against the severed Defendants by filing an individual action against each Defendant against whom it wishes to proceed on or before April 11, 2013.

BY THE COURT:

_/s/ Juan R. Sánchez_
Juan R. Sánchez